Carol Smith's Asset Sales, LLC

PO Box 13538
Mesa, AZ 85216

# Invoice

| Date | Invoice # |
|---|---|
| 11/21/2013 | 223 |

**Bill To**

BK. Estate of Jay P. Clark
BK. Case #12-00649-TLM
Jeremy Gugino, Trustee
410 S. Orchard Street, Ste. 144
Boise, ID 83705

| | Terms |
|---|---|
| | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,750 | Commission due on the sale of Vacant Land in Elko County, NV eBay #151144176591 Sold to Heather Yanak | 0.10 | 175.00 |
| 1 | Reimbursement of the Document Prep Fee paid to the estate by the Buyer | 200.00 | 200.00 |
| 1 | Reimbursement of the Shipping charge paid by the Buyer | 8.00 | 8.00 |

**Total** $383.00