UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 12-00649-TLM |
| JAY P. CLARK, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| _____ ) | |

### ORDER DENYING MOTION TO ALTER OR AMEND AND OVERRULING OBJECTION TO CLAIM

Based on the Court's oral ruling entered December 9, 2013, and good cause appearing,

IT IS HEREBY ORDERED that Debtor's motion to alter or amend judgment, Doc. No. 430, is DENIED;

IT IS FURTHER ORDERED that Debtor's objection to Wells Fargo Bank's proof of claim, Doc. No. 427, is OVERRULED.

DATED:  December 13, 2013

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

ORDER DENYING MOTION FOR STAY PENDING APPEAL - 1