UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| ) | |
| JAY P. CLARK, ) | Case No. 12-00649-TLM |
| ) | |
| Debtor. ) | ORDER OVERRULING DEBTOR'S |
| ) | OBJECTIONS TO PROOF OF CLAIM |

### ORDER OVERRULING DEBTOR'S OBJECTIONS TO PROOF OF CLAIM

Upon Consideration of Chapter 7 Debtor Jay Clark's "Motion to Disallow Creditor Murphy Land Company, LLC's Claims" [Docket No. 407]; "Debtor's Supplemental Objection to Murphy Land's Claim Pursuant to 11 U.S.C. §502(b)(6)" [Docket No. 423]; and Murphy Land Company, LLC's Response to Debtor's Objections to Proof of Claim [Docket No. 443]; and having considered the oral argument of the parties at hearing on December 9, 2013; and the record before this Court; and good cause appearing thereof, the Court overrules Debtor's Objections to Murphy Land Company LLC's Proof of Claim, as set forth in the findings orally entered at the hearing held on December, 2013.

IT IS HEREBY ORDERED AND THIS COURT DOES ORDER, that the Debtor's Objections to Murphy Land Company, LLC's Proof of Claim (Docket Nos. 407 & 423) ARE OVERRULED.

//end of text//

DATED: December 13, 2013



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:
    /s/ Matthew Gordon
Matthew Gordon, ISB No. 8554
Hawley Troxell Ennis & Hawley LLP
Attorneys for Murphy Land, LLC